James A. DUTY v. STATE of Arkansas

CR 94-1153                                        886 S.W.2d 875

Supreme Court of Arkansas
Opinion delivered November 14, 1994

*Robert C. Harder*, for appellant.

No response.

PER CURIAM. Appellant, James A. Duty, by his attorney, Robert C. Harder, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Harkness* v. *State*, 264 Ark. 561, 572 S.W.2d 835 (1978).